**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO.: 3:05CV170**

| | | |
|---|---|---|
| THE CINCINNATI INSURANCE | ) | |
| COMPANY, | ) | |
|         Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| DRY-WALL CAROLINAS, INC., et al., | ) | |
|         Defendants. | ) | |
| | ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion for Special Appearance of Jeffrey S. Price" (Document No. 7) and the "Motion for Special Appearance of Jarrod W. Stone" (Document No. 8), both filed September 16, 2005. For good cause shown, this Court will grant the Motions.

**IT IS, THEREFORE, ORDERED** that the "Motion for Special Appearance of Jeffrey S. Price" (Document No. 7) and the "Motion for Special Appearance of Jarrod W. Stone" (Document No. 8) are **GRANTED**.

**IT IS FURTHER ORDERED** that, in accordance with Rule 83.1(B) of this Court's Local Rules of Civil Procedure, Mr. Price and Mr. Stone each pay the admission fee of **ONE HUNDRED AND NO/100 DOLLARS ($100.00)** to the Clerk of Court within ten (10) days from the date of the filing of this Order.

**Signed: September 16, 2005**

David C. Keesler
United States Magistrate Judge